**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROMAN LINARES, *et al.*, | |
| Plaintiffs, | Case No. 2:10-cv-00631-RLH-PAL |
| vs. | **ORDER** |
| THE GOODYEAR TIRE & RUBBER CO., *et al.*, | (Mot Quash Subpoena Duces Tecum - #14) |
| Defendants. | |

Before the court is the Nevada Highway Patrol's Motion to Quash Subpoena Duces Tecum (Dkt. #14). The motion seeks an order quashing a subpoena served on the Highway Patrol by counsel for Plaintiffs seeking documents which the Highway Patrol claims are confidential pursuant to N.R.S. 480.600. No opposition to the motion was filed, and the time for filing an opposition has now run. Pursuant to L.R. 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to granting the motion." Accordingly,

**IT IS ORDERED** that:

The Nevada Department of Public Safety, Highway Patrol Division's Motion to Quash Subpoena Duces Tecum (Dkt. #14) is **GRANTED.**

Dated this 20th day of September, 2010.

_____
Peggy A. Leen
United States Magistrate Judge