SHANE JASMINE YOUNG
Nevada Bar No. 9457
*youngs@ballardspahr.com*
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070

ROGER P. THOMASCH (admitted pro hac vice)
*thomasch@ballardspahr.com*
DAVID M. STAUSS (admitted pro hac vice)
*staussd@ballardpshar.com*
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 292.2400
Facsimile: (303) 296.3956

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROMAN LINARES, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DORA LINARES, DECEASED; GUSTAVO NOGUERA; RANDOLPH MONTENEGRO; and DURELL MONTENEGRO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GOODYEAR TIRE & RUBBER CO., and GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD., LLC,<br><br>Defendants. | CASE NO.   2:10-cv-00631-RHL-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>*(First Request)* |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and counsel for Defendants The Goodyear Tire & Rubber Co. and Goodyear Dunlop Tires North America, Ltd., LLC (collectively "Defendants") that pursuant to Local Rules 6-1 and 26-4, the parties respectfully move this Court for an order extending the discovery deadlines in this matter by ninety (90) days.

DMWEST #8154102 v1


Pursuant to Local Rules 6-1 and 26-4, the parties state as follows:

(a)   <u>Discovery that has been completed</u>:

The parties have responded to interrogatories and documents requests. Defendants also have responded to requests for admission. The parties have deposed Plaintiff Roman Linares and the lead investigating police officer.

(b)   <u>Discovery that remains outstanding:</u>

Defendants wish to depose the driver of the vehicle involved in the subject accident and the three plaintiffs who have not yet been deposed. Plaintiffs wish to depose a nurse who was at the accident scene and the first responding police officer. Expert disclosures and discovery also still need to be completed.

(c)   <u>The reasons why discovery remaining was not completed within the time limits set by the discovery plan</u>:

Plaintiffs' expert(s) require certain of Defendants' confidential documents prior to completing their expert report(s) in this matter. The parties could not agree on the form of the protective order to be entered in this case for the production of those confidential documents and therefore engaged in motion practice to resolve their dispute. *See* Docket ## 21, 25, & 27. The Court held a hearing on that issue on March 24, 2011. *See* Docket # 30. The parties currently are drafting a protective order that conforms to the Court's ruling at that hearing. However, Plaintiffs' expert disclosures are due on April 8, 2011, which deadline does not provide sufficient time for Plaintiffs' experts to produce their reports.

(d)   <u>A proposed schedule for completing all discovery</u>:

The parties jointly request that the Court grant a ninety-day extension to all of the remaining discovery deadlines as set forth in this Court's Stipulated Discovery Plan and Scheduling Order dated July 27, 2010 (Docket #12). The revised deadlines would be:

(1)   <u>Discovery Cutoff</u>.   Discovery shall be completed by September 30, 2011.

(2) <u>Expert Disclosures</u>.  The disclosure of Plaintiffs' experts and expert reports shall occur on July 8, 2011.  The disclosure of Defendants' experts and expert reports shall occur on August 9, 2011.  The disclosure of rebuttal expert reports shall occur on August 30, 2011.

(3) <u>Dispositive Motions</u>.  The parties shall have until October 31, 2011 to file dispositive motions.

(e) <u>Pretrial Order</u>.  The pretrial order shall be filed by November 22, 2011.

The current discovery cut-off date is June 30, 2011, such that this stipulation is being filed more than twenty days before the discovery cut-off date.  The parties have not previously filed a motion for extension of the discovery deadlines.  In light of the foregoing, the parties respectfully submit that there is good cause for the Court to grant the requested extension.

DATED this 1st day of April 2011.

| BALLARD SPAHR LLP | NEIL G. GALATAZ & ASSOCIATES |
|---|---|
| By: /s/ David M. Stauss | By: /s/ John C. Ramsey |
| SHANE JASMINE YOUNG | NEIL G. GALATZ |
| Nevada Bar No. 9457 | 428 South Forth Street |
| *youngs@ballardspahr.com* | Las Vegas, Nevada 89101 |
| BALLARD SPAHR LLP | Telephone: (702) 386-0000 |
| 100 N. City Parkway, Suite 1750 | Fax: (702) 386-0006 |
| Las Vegas, Nevada  89106 | |
| Telephone: (702) 471-7000 | JOHN C. RAMSEY |
| Facsimile: (702) 471-7070 | (admitted pro hac vice) |
| | Watts Guerra Craft, LLP |
| ROGER P. THOMASCH | 2402 Dunlavy St., Suite 300 |
| (admitted pro hac vice) | Houston, Texas 77006 |
| *thomasch@ballardspahr.com* | Telephone: (713) 225-0500 |
| DAVID M. STAUSS | Fax: (713) 225-0566 |
| (admitted pro hac vice) | |
| *staussd@ballardpshar.com* | *Attorneys for Plaintiffs* |
| BALLARD SPAHR LLP | |
| 1225 17th Street, Suite 2300 | |
| Denver, CO 80202 | |
| Telephone: (303) 292.2400 | |
| Facsimile: (303) 296.3956 | |

*Attorneys for Defendants*

**O R D E R**

**IT IS SO ORDERED**.

DATED this 7th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BALLARD SPAHR LLP

/s/ David M. Stauss
DAVID M. STAUSS
(admitted pro hac vice)
*staussd@ballardpshar.com*
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 292.2400
Facsimile: (303) 296.3956

*Attorneys for Defendants*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #8154102 v1                          4