NEIL G. GALATZ, ESQ.
NEVADA BAR NO. 3
NEIL G. GALAYZ & ASSOCIATS
428 South Fourth Street
Last Vegas, Nevada 89101
Tel.: (702) 386-000
Fax: (702) 386-0006
E-Mail: Neilgalatz@aol.com

JOHN C. RAMSEY (Lead Counsel)
Texas State Bar No. 24027762
*Pro Hac Vice*
J. HUNTER CRAFT
Texas State Bar No. 24012466
*Pro Hac Vice Pending*
2402 Dunlavy St., Suite 300
Houston, Texas 77006
Telephone: 713.225.0500
Telefax: 713.225.0566
Email: jramsey@wgclawfirm.com
Email: hcraft@wgclawfirm.com
**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROMAN LINARES, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DORA LINARES, DECEASED; GUSTAVO NOGUERA; RANDOLF MONTENEGRO; AND DURELL MONTENEGRO, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GOODYEAR TIRE & RUBBER CO., AND GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD., LLC., <br><br> Defendants. | CASE NO.: 2:10-CV-00631-RLH-PAL <br><br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** (*Second Request*) |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and counsel for Defendants The Goodyear Tire & Rubber Co. and Goodyear

Dunlop Tires North America, Ltd., LLC (collectively "Defendants") that pursuant to Local Rules 6-1 and 26-4, the parties respectfully move this Court for an order extending the discovery deadlines in this matter as follows:

Pursuant to Local Rules 6-1 and 26-4, the parties state as follows:

(a)   <u>Discovery that has been completed</u>:

The parties have exchanged written discovery and deposed Roman Linares and the investigating officer. The parties mediated this case on May 24, 2011 in Las Vegas, Nevada. The case did not settle at mediation. A second mediation has been scheduled for July 7, 2011.

(b)   <u>Discovery that remains outstanding:</u>

Defendants wish to depose the driver of the vehicle involved in the subject accident and the three plaintiffs who have not yet been deposed. Plaintiffs wish to depose a nurse who was at the accident scene and other witnesses. Expert disclosures still need to be completed.

(c)   <u>The reasons why discovery remaining was not completed within the time limits set by the discovery plan</u>:

During mediation, several technical issues arose as to the cause the tread/belt separation that occurred as described in Plaintiffs' latest Complaint. As a result of those questions, Goodyear sought to consult with its engineers and review its technical literature and design specifications for the subject tire and re-convene to mediate on July 7, 2011. Judge Whitehead will continue to serve as the mediator for the second mediation.

Plaintiffs' expert witness designation is presently due on July 8, 2011. Defendants' expert witness designation is presently due on August 9, 2011. Rebuttal experts are due on August 30, 2011. Due to the parties desire to continue mediating this

case, in an effort to resolve this matter, the parties seek to extend the expert witness designations in light of the upcoming mediation.

(d) <u>A proposed schedule for completing all discovery</u>:

The parties jointly request that the Court grant an extension to the following discovery deadlines as set forth in the Court's Scheduling Order dated April 7, 2011 (Document #32), as follows:

(1) <u>Discovery Cutoff</u>. Discovery shall be completed by October 17, 2011.

(2) <u>Expert Disclosures</u>. The disclosure of Plaintiffs' experts and expert reports shall occur on August 8, 2011. The disclosure of Defendants' experts and expert reports shall occur on September 9, 2011. The disclosure of rebuttal expert reports shall occur on September 30, 2011.

(3) <u>Dispositive Motions</u>. The parties shall have until October 31, 2011 to file dispositive motions.

(e) <u>Pretrial Order</u>. The pretrial order shall be filed by November 22, 2011.

In light of the foregoing, the parties respectfully submit that there is good cause for the Court to grant the requested extension.

DATED this ____ day of June 2011.

BALLARD SPAHR LLP

By: _____
SHANE JASMINE YOUNG
Nevada Bar No. 9457
youngs@ballardspahr.com
BALLARD SPAHR LLP
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070

WATTS GUERRA CRAFT, LLP

By: /s/ John C. Ramsey
**John C. Ramsey** (Lead Counsel)
State Bar No. 24027762
*Pro Hac Vice*
**J. Hunter Craft**
*Pro Hac Vice Pending*
Watts Guerra Craft, LLP
2402 Dunlavy St., Suite 300
Houston, Texas 77006
Tel.: (713) 225.0500

| | |
|---|---|
| ROGER P. THOMASCH<br>(admitted pro hac vice)<br>*thomasch@ballardspahr.com*<br>DAVID M. STAUSS<br>(admitted pro hac vice)<br>*staussd@ballardpshar.com*<br>BALLARD SPAHR LLP<br>1225 17th Street, Suite 2300<br>Denver, CO 80202<br>Telephone: (303) 292.2400<br>Facsimile: (303) 296.3956<br><br>*Attorneys for Defendants* | Fax: (713) 225.0566<br>E-mail:    jramsey@wgclawfirm.com<br>E-mail:    hcraft@wgclawfirm.com<br><br>**NEIL G. GALATZ, ESQ.**<br>NEVADA BAR NO. 3<br>NEIL G. GALATZ & ASSOCIATES<br>428 South Fourth Street<br>Last Vegas, Nevada 89101<br>Tel.: (702) 386-000<br>Fax: (702) 386-0006<br>E-Mail: Neilgalatz@aol.com<br><br>*Attorneys for Plaintiffs* |

# ORDER

**IT IS SO ORDERED.**

DATED this **20th** day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,


By: ___/s/ John C. Ramsey___
    **John C. Ramsey** (Lead Counsel)
    State Bar No. 24027762
    *Pro Hac Vice*
    **J. Hunter Craft**
    *Pro Hac Vice Pending*
    Watts Guerra Craft, LLP
    2402 Dunlavy St., Suite 300
    Houston, Texas 77006
    Tel.: (713) 225.0500
    Fax: (713) 225.0566
    E-mail:   jramsey@wgclawfirm.com
    E-mail:   hcraft@wgclawfirm.com


**NEIL G. GALATZ, ESQ.**
NEVADA BAR NO. 3
NEIL G. GALATZ & ASSOCIATES
428 South Fourth Street
Last Vegas, Nevada 89101
Tel.: (702) 386-000
Fax: (702) 386-0006
E-Mail: Neilgalatz@aol.com
Attorneys for Plaintiffs

**ATTORNEYS FOR PLAINTIFFS**