BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROMAN LINARES, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DORA LINARES, DECEASED; GUSTAVO NOGUERA; RANDOLPH MONTENEGRO; and DURELL MONTENEGRO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GOODYEAR TIRE & RUBBER CO., and GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD., LLC,<br><br>Defendants. | CASE NO.   2:10-cv-00631-RHL-PAL<br><br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

The parties, by their respective undersigned counsel, hereby stipulate that this action may be dismissed with prejudice, each party to bear its own costs. The parties jointly request that the Court enter the proposed Order which is being submitted herewith.

| | |
|---|---|
| BALLARD SPAHR LLP | NEIL G. GALATAZ & ASSOCIATES |
| By:   *s/ Roger P. Thomasch*<br>SHANE JASMINE YOUNG<br>Nevada Bar No. 9457<br>BALLARD SPAHR LLP<br>100 N. City Parkway, Suite 1750<br>Las Vegas, Nevada  89106<br><br>ROGER P. THOMASCH<br>(admitted pro hac vice)<br>BALLARD SPAHR LLP<br>1225 17th Street, Suite 2300<br>Denver, CO 80202<br><br>*Attorneys for Defendants* | By:    *s/ John C. Ramsey*<br>NEIL G. GALATZ<br>428 South Forth Street<br>Las Vegas, Nevada 89101<br><br>JOHN C. RAMSEY<br>(admitted pro hac vice)<br>Watts Guerra Craft, LLP<br>2402 Dunlavy St., Suite 300<br>Houston, Texas 77006<br><br>*Attorneys for Plaintiffs* |
| Dated:  August 10, 2011 | Dated:  July 19, 2011 |

DMWEST #8377773 v1

# **O R D E R**

**IT IS SO ORDERED**.

DATED this 11th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BALLARD SPAHR LLP

*s/ David M. Stauss*
DAVID M. STAUSS
(admitted pro hac vice)
*staussd@ballardpshar.com*
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 292.2400
Facsimile: (303) 296.3956

*Attorneys for Defendants*